FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EM-7210
(Inmate Number)

DARYL SMITH
(Name of Plaintiff)

SCI-Dallas 1000 Follies Road
(Address of Plaintiff)

Dallas, Pennsylvania 18612-0286

vs.

Atlas Fitness Incorporation Systems,

Ballys Fitness, et al., [and others]

(Name of Defendants)

1: CV-10-1021
(Case Number)

COMPLAINT

FILED
WILLIAMSPORT, PA
MAY 12 2010
MARY E. D'ANDREA, CLERK
Per_____ Deputy Clerk

TO BE FILED UNDER: __X__ 42 U.S.C. § 1983 – STATE OFFICIALS
_____ 42 U.S.C. § 1331 – FEDERAL OFFICIAL

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

None.

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
   _x_ Yes ____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ____ Yes _x_ No

   If your answer is no, explain why not  Not applicable to out of state.

2

C.   Is the grievance process completed?   ____Yes   ____No   * Not Applicable.

III.  Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, position and places of employment of any additional defendants.)

A.   Defendant __Atlas Fitness Incorporated Systems__ is employed
     as __For-Profit__ at __2800 Cindel Drive, Riverside, NJ 08075 Phone No., (856) 303-0050.__

B.   Additional defendants __Bally's Fitness [and Joe Lucas]__
     __45 East 55th. Street, New York, NY 10022__
     __Phone, No. (212) 688-6630__

     NOTE: Additional Defendants may be included, once Discovery is completed, and/or a Lawyer amends this Complaint.

IV.  Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any case or statutes. Attach extra sheets if necessary.

1.   The Defendants knowingly and maliciously placed the Plaintiff in serious risk of injury or death, when they compelled him to deliver a 1100 pound weight machine into a place that was not equipped to handle such a massive load.  As a result around June 20, 2008 while installing the weight machine, the Plaintiff and the weights fell through the steps with the machine falling on top of the Plaintiff, causing serious and permanent damage. Prior to attempting the move, the Plaintiff called his Employer, Todd on a phone and explained the machine was too heavy. Todd disregarded the high risk and ordered the delivery anyway. After being crushed by the 1100lbs., in New Jersey his Employer denied him

2.   proper medical care, and had the Plaintiff transported from New York, across state line, to a Hospital in New Jersey. Todd will be an additional Defendant, once Discovery is completed and his full name is known.

The Defendants were deliberately indifferent to a serious risk and need. And their actions (and inactions) deprived the Plaintiff of his U.S. Constitutional rights to be secure in his person, cruel and unusual punishment, Equal protection, Privilege and fundamental fairness.

3.   _____

   _____

3

V.  Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. Appoint Counsel;

   Pool a Jury trial;

   Award the Plaintiff any and all Punitive and Compensatory damages, the Jury agrees upon;

   Order the Defendants to pay such awards within 90-days of the Judgment, (including any Attorney, Court and other fees directly related to this Civil Action.

2.

3.

Signed this ___30___ day of ___April___, 20_10_.

*(Signature of Plaintiff)*

4