I declare under penalty of perjury that the foregoing is true and correct.

4-30-2010                                                    *Daryl W. Smith*
_____                                           _____
(Date)                                                       (Signature of Plaintiff)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Daryl Smith

#EM-7210

SCI-Dallas 1000 Follies

Dallas, Pennsylvania 18612-0286

Name of Plaintiff(s)

v.

Atlas Fitness Incorporation Systems,

Bally's Fitness, et al.,

*[and others]

Name of Defendant(s)

1: CV-10-1021
Civil Case No.

Judge

(Number and Judge to be assigned by court)

FILED
WILLIAMSPORT, PA
MAY 1 2 2010
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## APPLICATION TO PROCEED IN FORMA PAUPERIS

PLEASE READ CAREFULLY AND FULLY COMPLETE EACH SECTION.

1.  __X__  I am willing to pursue my claims in this action under the new provisions of The Prison Litigation Reform Act, understanding that pursuing my claim requires payment of a partial filing fee and Deduction of sums of $350.00 has been paid in full.

2.  __X__  I have enclosed an executed Authorization form which authorizes the Institution holding me in custody to transmit to the Clerk a certified copy of my trust account for the past six (6) months as well as payments from the account in the amounts specified by 28 U.S.C. § 1915(b).

3.  __X__  Have you, prior to the filing of the complaint in this action and while a prisoner as that term is defined in 28 U.S.C. § 1915(h), brought 3 or more actions or appeals in a court of the United

5

States that were dismissed as frivolous, malicious, or for failure to state a claim upon which Relief may be granted?   Yes _____   No __X__

(a) If the answer is "yes," are you now seeking relief because you are under imminent danger of serious Physical injury?
Yes _____   No __x__

(b) Please explain in detail why you are under imminent danger of serious physical injury:

    Not Applicable.

4. (a) Are you presently employed at the Institution?   Yes _____   No __x__

(b) If yes, what is your monthly compensation?   $ __-0-__

5. Do you own any cash or other property; have a bank account; or receive money from any Source?   Yes _____   No __X__

If the answer is "yes" to any of the above, describe each source and the amount involved.

    Not Applicable.

```
* Mailed to > United States District Court
Office of the Clerk
Middle District of Pennsylvania
U.S. Courthouse, Suite 218
240 West 3rd. Street
Williamsport, Pennsylvania 17701-6460
```

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __4-30-2010__      _____[signature]_____
         (Date)      (Signature of Plaintiff)

This certification is executed pursuant to Title 28, United States Code, Section 1746.

6