IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DARYL SMITH,** | : | CIVIL NO. 1:10-CV-1021 |
| | : | |
| **Plaintiff,** | : | (Judge Conner) |
| v. | : | |
| | : | (Magistrate Judge Carlson) |
| **ATLAS FITNESS INCORPORATION** | : | |
| **SYSTEM, et al.,** | : | |
| | : | |
| **Defendants,** | : | |

## ORDER

**IT IS ORDERED** that the Plaintiff's request to proceed *in forma pauperis* (Doc. 2) is **GRANTED**. The Clerk of Court is directed to serve Plaintiff's complaint in accordance with F.R.C.P. 4. The Defendants are requested to waive service pursuant to Rule 4(d).[1]

*S/Martin C. Carlson*
**United States Magistrate Judge**

DATE: May 14, 2010

---

[1] The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to each defendant.